UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

## JOINT MOTION BETWEEN PLAINTIFFS AND ESSEX TO CONTINUE RULE 30(B)(6) DEPOSITION

By agreement, Plaintiffs and Essex Property Trust, Inc. ("Essex") set the Rule 30(b)(6) deposition of Essex for February 26, 2026. Essex presented a corporate designee. That designee testified on behalf of Essex. However, during the deposition, the designee began getting ill, and it was decided that the remainder of the deposition would be continued to a later date. Subject to the Court's leave, the parties have agreed to complete the deposition of Essex on or before March 13, 2026. Plaintiffs and Essex accordingly request the Court's leave to complete the deposition on or before that date.

Dated: February 27, 2026      /s/ *Tricia R. Herzfeld*

Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
1920 Adelicia St., Suite 300
Nashville, TN 37212
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

*Liaison Counsel*

Patrick J. Coughlin
Carmen A. Medici
Fatima Brizuela
Heidi B. Weaver
Bridget Gramme
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com
hweaver@scott-scott..com
bgramme@scott-scott.com

Patrick McGahan
Amanda F. Lawrence
Michael Srodoski
G. Dustin Foster
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
pmcgahan@scott-scott.com
alawrence@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com

Matthew J. Perez

Daniel F. Loud
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Ave., 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
matt.perez@scott-scott.com
dloud@scott-scott.com

Stacey Slaughter
Thomas J. Undlin
Geoffrey H. Kozen
J. Austin Hurt
Caitlin E. Keiper
Navy A. Thompson
Sam R. Black
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
ahurt@robinskaplan.com
ckeiper@robinskaplan.com
nthompson@robinskaplan.com
sblack@robinskaplan.com

Laura Song
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Ste. 2601
New York, NY 10019
Minneapolis, MN 55402
Telephone: (212) 980-7400
lsong@robinskaplan.com

Swathi Bojedla
**HAUSFELD LLP**
1200 17th Street, Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
sbojedla@hausfeld.com

Gary I. Smith, Jr.
Samual Maida
**HAUSFELD LLP**
580 California Street, 12th Floor

San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com
smaida@hausfeld.com

Mindee Reuben
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3270
mreuben@hausfeld.com

Shayla J. Harris
Jacob R. Leiken
**HAUSFELD LLP**
33 Whitehall St., 14th Fl.
New York, NY 10004
Telephone: (646) 357-1100
sharris@hausfeld.com
jleiken@hausfeld.com

*Interim Co-Lead Counsel*

| | |
|---|---|
| Eric L. Cramer | Christian P. Levis |
| Michaela L. Wallin | Vincent Briganti |
| Taylor Hollinger | Peter Demato |
| **BERGER MONTAGUE PC** | Radhika Gupta |
| 1818 Market Street, Suite 3600 | Nicole A. Veno |
| Philadelphia, PA 19103 | **LOWEY DANNENBERG, P.C.** |
| Telephone: (215) 875-3000 | 44 South Broadway, Suite 1100 |
| ecramer@bm.net | White Plains, NY 10601 |
| mwallin@bm.net | Telephone: (914) 997-0500 |
| thollinger@bergermontague.com | Facsimile: (914) 997-0035 |
| | vbriganti@lowey.com |
| Daniel J. Walker | clevis@lowey.com |
| **BERGER MONTAGUE PC** | pdemato@lowey.com |
| 1001 G. Street, NW | rgupta@lowey.com |
| Suite 400 East | nveno@lowey.com |
| Washington, DC 20001 | |
| Telephone: (202) 559-9745 | Christopher M. Burke |
| dwalker@bm.net | Yifan (Kate) Lv |
| | Amelia F. Burroughs |
| Brendan P. Glackin | Rachel Steyer |
| Dean M. Harvey | **BURKE LAW** |
| Jules A. Ross | 402 W. Broadway, Suite 1890 |
| **LIEFF CABRASER HEIMANN &** | San Diego, CA 92101 |
| **BERNSTEIN, LLP** | Telephone: (619) 369-8244 |
| 275 Battery Street, Suite 2900 | Facsimile (314) 241-3525 |
| San Francisco, CA 94111 | cburke@burke.law |
| Telephone: 415-956-1000 | klv@burke.law |
| bglackin@lchb.com | afb@burke.law |
| dharvey@lchb.com | rsteyer@burke.law |
| jross@lchb.com | |
| | Joseph R. Saveri |
| Mark P. Chalos | Cadio Zirpoli |
| Hannah R. Lazarz | Kevin E. Rayhill |
| Kenneth S. Byrd | Alexandra S. Fernandez |
| **LIEFF CABRASER HEIMANN &** | **JOSEPH SAVERI LAW FIRM, LLP** |
| **BERNSTEIN, LLP** | 601 California Street, Suite 1505 |
| 222 2nd Avenue South, Ste. 1640 | San Francisco, CA 94108 |
| Nashville, TN 37201 | Telephone: (415) 500-6800 |
| (615) 313-9000 | jsaveri@saverilawfirm.com |
| mchalos@lchb.com | czirpoli@saverilawfirm.com |
| hlazarz@lchb.com | krayhill@saverilawfirm.com |
| kbyrd@lchb.com | afernandez@saverilawfirm.com |
| | |
| Benjamin J. Widlanski | Jennifer W. Sprengel |
| Robert J. Neary | Daniel O. Herrera |
| Cameron A. Moody | Nyran Rose Rasche |

| | |
|---|---|
| Brandon M. Sadowsky<br>**KOZYAK TROPIN &**<br>**THROCKMORTON LLP**<br>2525 Ponce de Leon Blvd., 9th Floor<br>Coral Gables, Florida 33134<br>Telephone: (305) 372-1800<br>bwidlanski@kttlaw.com<br>rn@kttlaw.com<br>cmoody@kttlaw.com<br>bsadowsky@kttlaw.com | Kaitlin Naughton<br>Mohammed A. Rathur<br>Christopher P. Dolotosky<br>**CAFFERTY CLOBES MERIWETHER &**<br>**SPRENGEL LLP**<br>135 S. LaSalle, Suite 3210<br>Chicago, IL 60603<br>Telephone: 312-782-4880<br>Facsimile: 312-782-4485<br>jsprengel@caffertyclobes.com<br>dherrera@caffertyclobes.com<br>asweatman@caffertyclobes.com<br>nrasch@caffertyclobes.com<br>knaughton@caffertyclobes.com<br>mrathur@caffertyclobes.com<br>cdolotosky@caffertyclobes.com<br><br>*Plaintiffs' Steering Committee Counsel for Plaintiffs* |

*/s/ Leo D. Caseria*
Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

Arman Oruc
aoruc@goodwinlaw.com
GOODWIN PROCTER, LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ *Tricia R. Herzfeld*
Tricia R. Herzfeld